# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HARMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CEC ENTERTAINMENT, INC.,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-01735 DAD JLT<br><br>ORDER CLOSING THE ACTION<br><br>(Doc. 17) |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 17) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated: __October 14, 2019__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE